

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Samuel L. Milledge, Sr. v. Affinipay LLC, D/B/A Lawpay

Appellate case number:   01-18-00466-CV

Trial court case number: 2017-55101

Trial court:             333rd District Court of Harris County

Date motion filed:       January 24, 2019

Party filing motion:     Appellant


It is ordered that the motion to vacate dismissal and reinstate appeal is **denied**.  *See* TEX. R. APP. P. 49.3.


Judge's signature: /s/ Chief Justice Sherry Radack
                   Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.


Date:  __March 28, 2019__